UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT DAVIS,

                        Plaintiff,

            -v.-

ERICA WILLHEIM, CYNTHIA
ARREOLA, DOMINIQUE MANFREDA,
CRYSTAL PIERRE, and CITY OF NEW
YORK,

                        Defendants.

17 Civ. 5793 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On August 28, 2019, the Court set a briefing schedule for Defendant

Erica Willheim's motion to dismiss. (Dkt. #103). That briefing schedule

required Willheim to file her motion by October 4, 2019, and it ordered to

Plaintiff to file any opposition by November 18, 2019. (*See id.*).

On August 30, 2019, Defendant Dominique Manfreda renewed her

application to move the Court to decline to exercise supplemental jurisdiction

over the state law claims pending against her. (Dkt. #106). On September 3,

2019, the Court granted Manfreda's request to file a renewed motion and

ordered that it be done on the same briefing schedule as Willheim's motion.

(Dkt. #108).

On October 3, 2019, Defendant Willheim filed her motion to dismiss.

(Dkt. #110-113). Defendant Manfreda filed her motion to dismiss on October

4, 2019. (Dkt. #118-119). The Court has not received an opposition

submission from Plaintiff with respect to either motion.

Accordingly, Plaintiff is hereby ORDERED to notify the Court by **December 23, 2019** regarding whether he will oppose the motions. If the Court does not hear from Plaintiff by that date, it will deem the motions fully submitted and take the unopposed motions under review.

SO ORDERED.

Dated: December 11, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Kent Davis
123 West 135th Street
#5C
Manhattan, NY 10030
```