UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENT DAVIS,

                        Plaintiff,

      -against-                       17 **CIVIL** 5793 (KPF)

## JUDGMENT

ERICA WHILLHEIM, CYNTHIA
ARREOLA, DOMINIQUE MANFREDA, and
CRYSTAL PIERRE,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 17, 2020, Willheim's motion to dismiss is granted insofar as it seeks dismissal of the federal claims against her in this action; the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims in this action, and therefore those claims are dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

     April 17, 2020

                                                           **RUBY J. KRAJICK**

                                                            _____
                                                             **Clerk of Court**
                                  **BY:**
                                                              _____
                                                             **Deputy Clerk**